UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,

v.

Jamarien J. Conley,

        Defendant.

_____/

Case No. 21-cr-20538

Hon. Shalina D. Kumar
United States District Judge

# INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | Flint Police Report & Event Chronology |
| 2 | Burton Police Report |
| 3 | Michigan State Police Report |